## Commonwealth *v.* Miles, Appellant.

Submitted April 10, 1974. *Anthony V. DeCello,* and *DeCello, Bua & Manifesto,* for appellants *Russell J. Ober* and *Robert Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.